[No. 27136-6-III. Division Three. May 28, 2009.]

PRING CORPORATION, *Respondent*, v. CLIPPER CAPITAL MANAGEMENT, INC., ET AL., *Defendants*, BRETT AWBREY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-2-03342-9, Kathleen M. O'Connor, J., entered May 14, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Sweeney, J., concurred in by Kulik, A.C.J., and Brown, J.

[No. 55398-4-I. Division One. June 1, 2009.]

*In the Matter of the Personal Restraint of* RUBEN CAMACHO CONTRERAS, *Petitioner*.

Petition for relief from personal restraint. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 60041-9-I. Division One. June 1, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS EDWARD GALLAGHER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-10392-1, Michael S. Spearman, J., entered May 21, 2007. *Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Lau, JJ.

[No. 61476-2-I. Division One. June 1, 2009.]

THE STATE OF WASHINGTON, *Appellant*, v. OLIVER LEONEL-CASTILLO, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-10417-4, Mary Yu, J., entered March 6, 2008. *Reversed* and *remanded* by unpublished opinion per Leach, J., concurred in by Dwyer, A.C.J., and Appelwick, J.